## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS WHEELER and**<br>**FITZGERALD FARMS, LLC,**                )<br>                )<br>**Plaintiffs,**                )<br>                )<br>**v.**                )<br>                )<br>**EXXON MOBIL CORPORATION and**<br>**EXXONMOBIL OIL CORPORATION,**                )<br>                )<br>                )<br>**Defendants.**                )<br>                ) | **CIVIL ACTION**<br><br>**No. 19-cv-4025-KHV** |

## JUDGMENT IN A CIVIL CASE

**(   )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**   **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

         **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. #61) filed October 15, 2019, this case is **DISMISSED without prejudice**.

Dated: 10/15/2019                    TIMOTHY M. O'BRIEN, CLERK

                            s/ Andrea Schreyer
                            Deputy Clerk